**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:08cv429**
**[consolidating 1:08cv429, 1:09cv30, 1:09cv227, and 1:09cv231]**

| | | |
|---|---|---|
| MARGIE GAIL DURKEE; MICHAEL EARL DURKEE; JACKIE NEWTON, Guardian Ad Litem on behalf of C. D.; BARNEY DURKEE; and BARBARA DURKEE; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| CARROLL JETT; CORETRANS, LLC; DOMTAR PAPER COMPANY, LLC; DOMTAR INDUSTRIES, INC.; DOMTAR, INC.; DOMTAR CORPORATION; PEOPLEASE CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the following motions:

(1) Peoplease Corporation's Motion to Dismiss (#31); and

(2) Peoplease Corporation's Motion to Dismiss (#32).

It appearing that plaintiffs have filed a Stipulation of Dismissal of certain claims which resolves the dispositive motions, the court will formally deem such motions to be moot.[1]

---

[1] The court notes that the Clerk of this court has properly terminated such motions in advance of this Order. The undersigned intends this Order only to be a housekeeping measure so that all parties may be advised of the reason for the termination of such motions.

-1-

**ORDER**

**IT IS, THEREFORE, ORDERED** that Peoplease Corporation's Motion to Dismiss (#31) and Peoplease Corporation's Motion to Dismiss (#32) are **DEEMED** moot.

Signed: November 3, 2009

Dennis L. Howell
United States Magistrate Judge