# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:10cv144

| | |
|---|---|
| JOSHUA BAILEY et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORETRANS, LLC., et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

Pending before the Court is the Motion to Consolidate [# 44]. Previously, the Court consolidated a number of cases arising out of the same automobile accident into Civil Case No. 1:08cv429. Plaintiffs move to consolidate this action with 1:08cv429. All parties consent to the consolidation of these cases.

Upon a review of the pleadings and record in this case, the Court **GRANTS** the Motion to Consolidate [# 44]. The Court **DIRECTS** the Clerk to **CONSOLIDATE** this case with Civil Case No. 1:08cv429 and **ADMINISTRATIVELY CLOSE** Civil Case No. 1:10cv144. All future filings shall be in 1:08cv429. Any party may move at an appropriate time to sever this action for trial upon a showing of good cause.

Signed: May 31, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge