IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv168

| | |
|---|---|
| JENNIFER PACE, and KATHY KING, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>C.H. ROBINSON WORLDWIDE, )<br>INC., et al., )<br>)<br>Defendants )<br>_____ ) | **ORDER** |

Pending before the Court is the Joint Motion to Waive Initial Attorneys Conference and to Consolidate [# 18]. Previously, the Court consolidated a number of cases arising out of the same automobile accident into Civil Case No. 1:08cv429. The parties now jointly move to consolidate this action with 1:08cv429. The parties agree that the Scheduling Order in place in 1:08cv429 is appropriate for this case and that they will use the discovery previously taken in 1:08cv429.

Upon a review of the pleadings and the record in this case, the Court **GRANTS** the parties' motion [# 18]. The Court **DIRECTS** the Clerk to **CONSOLIDATE** this case with Civil Case No. 1:08cv429 and **ADMINISTRATIVELY CLOSE** Civil Case No. 1:11cv168. All future filings shall be in 1:08cv429. Any party may move at an appropriate time to sever this action upon a showing of good cause.

-1-

Signed: August 30, 2011

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge